

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00426-CR

Roberto **CALDERON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A05129
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The trial court imposed a two-year sentence in the underlying cause on August 16, 2005. Appellant filed a motion for new trial and application for writ of habeas corpus. The Texas Court of Criminal Appeals denied appellant's writ on June 12, 2007. On June 25, 2015, appellant filed a notice of appeal and motion for new trial in the district court and on July 13, 2015, filed a notice of appeal in this Court.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered timely so as to invoke a court of appeals' jurisdiction if (1) it is filed within fifteen days of the last day allowed for filing, (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time. *See id.*

It appears that the notice of appeal was untimely filed with regard to appellant's original appeal from judgment of conviction. It is therefore ORDERED that appellant show cause in writing within two weeks from the date this order is signed this appeals should not be dismissed for lack of jurisdiction. *See id.*; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991)(out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court